## TIM HAWKINS et al. v. STATE.

No. A-3079.   Opinion Filed April 3, 1919.

Appeal from District Court, Garfield County;

J. C. Robberts, Judge.

Tim and Mary Hawkins were convicted of a violation of the prohibitory law, and appeal. Reversed.

J. W. Steen and L. C. McLean, for plaintiffs in error.

The Attorney General and W. C. Hall, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiffs in error were convicted of keeping a place in the city of Enid with the felonious intent and purpose of selling intoxicating liquors, and their punishment fixed at one year in the penitentiary and two hundred dollars fine each. To reverse the judgments rendered on the verdict, they appeal.

In the case of Proctor v. State, 15 Okla. Cr. 338, 176 Pac. 771, the statute upon which this prosecution was based was held unconstitutional and void. For the reasons stated in that opinion, the judgments appealed from are reversed.